839 A.2d 185

**PENNSYLVANIA STATE POLICE, Appellant**

**v.**

**FRATERNAL ORDER OF POLICE—LCB LODGES
(Leo Sean WEAVER), Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 2003.

Decided Dec. 23, 2003.

Barbara L. Christie, Joanna Reynolds, Harrisburg, for PA State Police, appellant.

Gary M. Lightman, Harrisburg, for Fraternal Order of Police—LCB Lodges (Leo Sean Weaver), appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.